IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT P. NESTLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1151 |
| | ) | |
| CSX TRANSPORTATION, INC., a foreign corporation, | ) | The Hon. Gary L. Lancaster |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

### RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, Come the parties to this action, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the dismissal, with prejudice, of this action.

It is so stipulated and agreed to by,

Moody, Strople, Kloeppel, Basilone
& Higginbotham, Inc.

*/s/ Philip L. Bradfield*

Philip L. Bradfield, Esquire
500 Crawford Street
Suite 300
P. O. Box 1138
Portsmouth, VA 23704
Tele.: (757) 393-4093
Fax.: (757) 397-7257
Email: pbradfield@moodyrrlaw.com
**Counsel for Plaintiff**

It is so stipulated and agreed to by,

Dickie, McCamey & Chilcote, P.C.

*/s/ Anthony J. Rash*

Anthony J. Rash, Esquire
Pa. I.D. #55944
Dickie, McCamey & Chilcote, P.C.
Two PPG Place – Suite 400
Pittsburgh, PA 15222
Tele.: (412) 392-5222
Fax.: (412) 392-5367
Email: arash@dmclaw.com
**Counsel for Defendant**

SO ORDERED, this 9th day of March, 2007.

_____
Gary L. Lancaster, U.S. District Judge